UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:24-cr-10250-IT |
| | * | |
| ABDELOUAHAB ADEL, | * | |
| | * | |
| Defendant. | * | |

MEMORANDUM & ORDER

July 21, 2025

TALWANI, D.J.

In this criminal case, Defendant Abdelouahab Adel has filed an Affidavit [Doc. No. 84]

stating:

> I am not a "United States" citizen, subject to its jurisdiction. . . . I am not subject to
> any legislation, department, or agency created by such authorities, nor to the
> jurisdiction of any employees, officers, or agents deriving their authority there from. .
> . . Take notice that I hereby revoke, cancel and make *ab initio* any such instrument or
> any presumed election made by any of the several states or the United States
> government or any agency or department thereof, that I am nor ever have voluntarily
> elected to be treated as a United States citizen subject to its jurisdiction . . . . With that
> being said, nobody has authority or dominion over me besides my creator **Allah** .

Id. at ECF p.4 (emphasis in original). The Affidavit also states that Defendant "is a flesh and blood

man and is sovereign[,]" that he is also "the secured party creditor and authorized representative of

the corporate fiction-entity/debtor (ens legis) identified as ABDELOUAHAB ADEL[,]" and that he

"revokes and rescinds any involvement with any third parties he was entered into without full

disclosure and reserves all his unalienable rights per UCC 1-308." Id. at ECF p.1. The Affidavit also

purports to require "rebut[al] point for point" within 7 days of its filing, otherwise "these facts as I

have stated in this Affidavit stand in both the private and public record as true[.]" Id.

Although the Affidavit is not a motion seeking affirmative relief, the court directed the

government to construe it as a Motion to Dismiss for Lack of Jurisdiction and file a response. See

Elec. Clerk's Notes for 6/18/2025 Initial Pretrial Conf. [Doc. No. 85]. The government has now filed an Opposition [Doc. No. 90]. The day after the Opposition was filed, Adel filed a second Affidavit [Doc. No. 93], with substantially the same assertions and additional references to admiralty jurisdiction.

Defendant's Affidavits bears the hallmarks of the "sovereign citizen" theory, which "generally relies on the Uniform Commercial Code ('UCC'), admiralty laws, and other commercial statutes to argue that, because he has made no contract with [the court or government], neither entity can foist any agreement upon him"; and the "Redemptionist" theory, which "propounds that a person has a split personality: a real person and a fictional person called the strawman[,]" where the "government has power only over the strawman and not over the live person, who remains free." Perkinson v. Georgia, 2019 WL 2583513, at *2 (M.D. Ga. June 24, 2019) (internal quotation marks and citations omitted). These "are frivolous legal theories that have been consistently rejected by federal courts." Id. (collecting cases); see also United States v. Thompson, __ F.4th __, 2025 WL 1901020, at *9 n.5 (2d Cir. July 10, 2025) ("To the extent [defendant] attempts to argue that the district court lacked jurisdiction because he is a 'sovereign citizen' . . . any such arguments are meritless. [Defendant] has been charged with a crime under federal law, . . . and federal district courts 'have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States,' 18 U.S.C. § 3231.").

Accordingly, the jurisdictional assertions in Defendant's Affidavits [Doc. Nos. 84, 93] are rejected.

IT IS SO ORDERED.

July 21, 2025                                    /s/ Indira Talwani
                                                United States District Judge